1  Vijay J. Patel
   Attorney at Law: 285585
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  John M. Carlos

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JOHN M. CARLOS,                ) Case No.: 2:12-cv-07083-MRW
                                   )
12          Plaintiff,             ) ORDER AWARDING EQUAL
                                   ) ACCESS TO JUSTICE ACT
13      vs.                        ) ATTORNEY FEES AND EXPENSES
                                   ) PURSUANT TO 28 U.S.C. § 2412(d)
14  CAROLYN W. COLVIN, Acting      ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,) U.S.C. § 1920
15                                 )
            Defendant              )
16                                 )
    _____)

17

18  Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20  IT IS ORDERED that fees and expenses in the amount of $4,100.00 as

21  authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by

22  28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

23  DATE: July 16, 2013

24  _____
    THE HONORABLE MICHAEL R. WILNER
25  UNITED STATES MAGISTRATE JUDGE

26  Respectfully submitted,

-1-

1  LAW OFFICES OF Lawrence D. Rohlfing
2  　　/s/*Vijay J. Patel*
3  _____
   Vijay J. Patel
4  Attorney for plaintiff John M. Carlos
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

-2-